

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 17-MJ-03201 |
| SERGIO GOMEZ VALENCIA | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, February 14</u>, <u>2018</u>, at <u>1:30</u>  ☐a.m. / ☒p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>Roybal 580</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: *February 9, 2018*

_____
U.S. ~~District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                   Page 1 of 1